UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:
_____

| | | |
|---|---|---|
| MOEN INCORPORATED, | : | |
| | : | |
| Plaintiff, | : | Court Nos.   22-00045 |
| | : | 22-00046 |
| v. | : | 22-00222 |
| | : | 22-00224 |
| UNITED STATES, | : | 22-00225 |
| | : | |
| Defendant. | : | |

_____

**NOTICE OF SUBSTITUTION OF ATTORNEY**

PLEASE TAKE NOTICE that Guy Eddon, hereby enters his appearance as principal attorney of record for the United States, defendant, in the above-captioned action, and requests that all papers in connection therewith be referred to his attention.  Mr. Luke Mathers may be removed as an attorney of record in this matter.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

PATRICIA M. McCARTHY
Director

By:   /s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge

/s/ Guy Eddon
GUY EDDON
Senior Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
Dated: November 10, 2025   (212) 264-9232 or 9230
*Attorneys for Defendant*